# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
ECC International, LLC )   ASBCA No. 60283
)
Under Contract No. W912DQ-11-C-4009   )

APPEARANCES FOR THE APPELLANT:   R. Dale Holmes, Esq.
Michael A. Richard, Esq.
Cohen Seglias Pallas Greenhall & Furman PC
Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:   Thomas H. Gourlay, Jr.
Engineer Chief Trial Attorney
Daniel B. McConnell, Esq.
Matthew S. Tilghman, Esq.
Michael E. Taccino, Jr., Esq.
Engineer Trial Attorneys
U.S. Army Engineer District, Middle East
Winchester, VA

## ORDER OF PARTIAL DISMISSAL

The parties have settled all claims in this dispute except Count VII, Defense Base Act Insurance Premium Claim. Therefore, Counts I-VI and VIII-IX of appellant's complaint in the above-captioned appeal are dismissed with prejudice.

Dated: 16 March 2017

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Partial Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60283, Appeal of ECC International, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
